1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102
        Telephone:    (415) 436-7071
8       Facsimile:    (415) 436-7234
        Tarek.J.Helou@usdoj.gov
9

10  Attorneys for Plaintiff

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,          )   CR No. 08-70809 JCS
                                       )
17          Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                       )   EXCLUDING TIME UNDER FED. R. CRIM.
18      v.                             )   P. 5.1 and 18 U.S.C. § 3161
                                       )
19  WALTER ADILIO AJIATAS-             )
    MAZARIEGOS                         )
20      a/k/a WALTER ADILIO            )
              MAZARIEGOS,              )
21      a/k/a WILSON REYES, and        )
        a/k/a WILFRED CASTANEDA,       )
22                                     )
            Defendant.                 )
23  _____ )

24

25          On December 4, 2008, the parties in this case appeared before the Court for the

26  defendant's detention hearing. At that time, the parties requested, and the Court agreed, to set

27  the date for the defendant's preliminary hearing or arraignment on December 18, 2008. The

28  parties also requested that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the

1  time limits set forth in FRCP 5.1(c) be extended through December 18, 2008. The parties agree

2  that, taking into account the public interest in prompt disposition of criminal cases, good cause

3  exists for this extension.

4      The defendant also agrees to exclude for this period of time any time limits applicable

5  under 18 U.S.C. § 3161. The parties represented that granting the continuance was the

6  reasonable time necessary for continuity of defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The

7  parties also agreed that the ends of justice served by granting such a continuance outweighed the

8  best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

9  SO STIPULATED:

10

                           JOSEPH P. RUSSONIELLO

11                             United States Attorney

12

13  DATED: December 10, 2008                       /s/
                            TAREK J. HELOU

14                             Assistant United States Attorney

15

16  DATED: December 10, 2008                       /s/
                            STEVEN G. KALAR

17                             Attorney for WALTER A. AJIATAS-MAZARIEGOS

18      For the reasons stated above, the Court finds that the extension of time for the defendant's

19  preliminary hearing or arraignment through December 18, 2008 is warranted and that the ends of

20  justice served by the continuance outweigh the best interests of the public and the defendant in a

21  speedy trial. 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested

22  continuance would deny the defendant effective preparation of counsel, and would result in a

23  miscarriage of justice. 18 U.S.C. §3161(h)(8)(B)(iv).

24

25  SO ORDERED.

26

27  DATED: 12/10/08

28                           THE HONORABLE EDWARD M. CHEN
                         United States Magistrate Judge

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-70789 JL                                        2