1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4
5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102
       Telephone:    (415) 436-7071
8      Facsimile:    (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9
10 Attorneys for Plaintiff
11
12                  UNITED STATES DISTRICT COURT
13                  NORTHERN DISTRICT OF CALIFORNIA
14                      SAN FRANCISCO DIVISION
15
16 | UNITED STATES OF AMERICA,      ) CR No. 08-920 CRB
                                    )
17 |     Plaintiff,                 ) STIPULATION AND [PROPOSED] ORDER
                                    ) EXCLUDING TIME UNDER 18 U.S.C. § 3161
18 |     v.                         )
                                    )
19 | WALTER ADILIO AJIATAS-         )
     MAZARIEGOS                     )
20 |    a/k/a WALTER ADILIO         )
         MAZARIEGOS,                )
21 |    a/k/a WILSON REYES, and     )
        a/k/a WILFRED CASTANEDA,    )
22                                  )
         Defendant.                 )
23 |_____     )
24
25        On December 18, 2008, the parties in this case appeared before the Court for the
26 defendant's arraignment. At that time, the parties requested that the Court exclude all time under
27 the Speedy Trial Act between December 18, 2008 and January 7, 2009 because defense counsel
28 needs additional time to review documents, which the government produced recently. The

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-08-920 CRB                                                                              1

parties agree that the length of the continuance is the reasonable time necessary for preparation of
2 defense counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree that the ends of justice
3 served by granting the requested continuance outweigh the best interests of the public and the
4 defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).
5     The parties also agree that two days have elapsed under the Speedy Trial Act and that the
6 defendant's speedy trial deadline will be March 16, 2009.
7 SO STIPULATED:
8                                      JOSEPH P. RUSSONIELLO
                                     United States Attorney
9
10
11 DATED: December 19, 2008                 /s/
                                   TAREK J. HELOU
12                                    Assistant United States Attorney
13
14 DATED: December 19, 2008                 /s/
                                   STEVEN G. KALAR
15                                    Attorney for WALTER A. AJIATAS-MAZARIEGOS
16     For the reasons stated above, the Court finds that exclusion of time from December 18, 2008
17 through January 7, 2009 is warranted and that the ends of justice served by the continuance
18 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161
19 (h)(8)(A). The failure to grant the requested continuance would deny the defendant effective
20 preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. §
21 3161(h)(8)(B)(iv).
22
23 SO ORDERED.
24
25 DATED: 12/19/08
26                                    THE HONORABLE EDWARD M. CHEN
                                   United States Magistrate Judge
27
28

STIP. & [PROPOSED] ORDER EXCL. TIME
CR 08-08-920 CRB                                                                                        2